UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**UNITED STATES OF AMERICA**                                                                                         **PLAINTIFF**

**VS.**                                                                                                                                **NO. 3:07CR-34-JHM**

**CHRIS A. WEBB**                                                                                                            **DEFENDANT**

### ARRAIGNMENT ON SUPERSEDING INDICTMENT
### REPORT AND RECOMMENDATION
### CONCERNING PLEA OF GUILTY

This matter came before the Court on August 21, 2008, for arraignment on the Superseding Indictment. The United States was represented by David Weiser on behalf of Bryan Calhoun, Assistant United States Attorney. The Defendant, Chris A. Webb, was present and on bond, with Scott Cox and David Lambertus, retained counsel. The hearing was recorded by Kim Keene, contract court reporter. The Defendant was furnished a copy of the Superseding Indictment. Counsel, on behalf of the Defendant, acknowledged his identity and waived formality of arraignment.

This matter has been referred to the undersigned Magistrate Judge by the District Court for the purpose of conducting proceedings pursuant to Fed.R.Crim.P. 11. The appropriate wavier was executed by the defendant and filed in the record. The Defendant appeared in open court on August 21, 2008, and entered pleas of guilty as to Counts 2 and 3 of the Superseding Indictment pursuant to a Rule 11( c)(1)( C) plea agreement. Count One (1) of the Superseding Indictment will be dismissed at time of sentencing if the defendant fulfills his obligations as detailed in paragraph 9 through 12 prior to sentencing.

After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, The Court determined that the guilty pleas were knowledgeable and voluntary as to Counts 2 and 3 of the Superseding Indictment, and that the offenses charged were supported by an independent basis in fact concerning each of the essential elements of such offenses. Therefore, the undersigned recommend's that the pleas of guilty be accepted, and that the Defendant be adjudged guilty as to counts two and three in the Superseding Indictment and have sentence imposed accordingly. Sentencing is hereby scheduled for **December 8, 2008 at 11:00 a.m.** before the Honorable Joseph H. McKinley, United States District Judge.

The defendant shall have ten (10) days to file any objections to this recommendation pursuant to Fed.R.Crim.P. 72(b), or waive the opportunity to do so. The defendant shall **remain** on the present terms and condition of his bond.

Copies to:
United States Attorney
Counsel for Defendant
United States Marshal
United States Probation

30